UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRITTANY BARTKOWIAK,

    Defendant.
_____/

Hon. Sally J. Berens

Case No. 1:24-mj-100

**ORDER OF DETENTION**

Defendant appeared before me on March 11, 2024, with appointed counsel for an identity hearing and detention hearing under Fed. R. Crim. P. 40 for violating conditions of release set in the Eastern District of Michigan. After being advised of her rights, including those attendant to a bond hearing, defendant waived her right to the identity hearing and to a detention hearing in this district. I find that her waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending further proceedings in the charging district.

DONE AND ORDERED on March 11, 2024.

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge