UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 1:24-mj-00100-SJB

v.                                           Hon. Sally J. Berens

BRITTANY BARTKOWIAK,

        Defendant.
_____/

## CLERK'S NOTICE OF CRIMINAL TRANSFER

TO:  Court Personnel, Michigan Eastern District Court

RE:  Western District of Michigan Rule 5 Initial Appearance
       Michigan Eastern Case Number: 22CR20074

Please take notice of the above-mentioned transfer. We are herewith transmitting to you the Western District of Michigan docket of proceedings associated with the above-entitled case. The documents that make up the case file are available electronically through PACER.

If a passport was previously collected, it will be transmitted by the Western District of Michigan Probation and Pretrial Office to Michigan Eastern. Please contact the Western District of Michigan Probation and Pretrial Office at (616) 456-2384 for further assistance.

For further assistance regarding the Rule 5 Initial Appearance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                                               CLERK OF COURT

Dated:  March 11, 2024            By:     /s/ Jenny Norton
                                                             Deputy Clerk